[No. 31120-8-II.  Division Two.  February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN W. TOWER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03565-5, Sergio Armijo, J., entered January 2, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan, A.C.J., and Hunt, J.

[No. 31344-8-II.  Division Two.  February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MEKONNEN J. ANEBO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 03-8-00811-6, Scott Neilson, J. Pro Tem., entered January 26, 2004. *Reversed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 31649-8-II.  Division Two.  February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. FAUSTINO PALOMARES RIGUNAY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-1-00468-3, Anna M. Laurie, J., entered April 9, 2004. *Reversed* by unpublished opinion per, Houghton J., concurred in by Bridgewater and Hunt, JJ.

[No. 22083-4-III.  Division Three.  February 1, 2005.]

OLYMPIC COAST INVESTMENT, INC., *Appellant*, v. LOUIS GADINI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-01728-5, Michael W. Leavitt, J., entered April 18, 2003. *Reversed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.